UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISHAM JOUDI,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T SERVICES INC, et al.,<br><br>    Defendants. | Case No. 16-cv-01184-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 38 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 21, 2017

_____
WILLIAM H. ORRICK
United States District Judge